1

2

3

4
        UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
5                   AT SEATTLE

6   _____
                                          )
7   BOARD OF TRUSTEES OF THE              )
    LOCALS 302 AND 612 OF THE             )    Case No. MC21-0058RSL
8   INTERNATIONAL UNION OF OPERATING      )
    ENGINEERS CONSTRUCTION INDUSTRY       )
9   HEALTH AND SECURITY FUND, et al.,     )
                                          )
10                          Plaintiffs,   )
                                          )
         v.                               )
11                                        )    ORDER TO ISSUE WRIT OF
    RIDGEBACK EXCAVATING, LLC,            )    GARNISHMENT
12                                        )
                            Defendant,    )
13       v.                               )
                                          )
14  COLUMBIA BANK, N.A.,                  )
                                          )
15                          Garnishee.    )
    _____)
16

17          This matter comes before the Court on plaintiff's "Application for Writ of Garnishment"

18  for property in which the defendant/judgment debtor, Ridgeback Excavating, LLC, has a

19  substantial nonexempt interest and which may be in the possession, custody, or control of the

20  garnishee, Columbia Bank, N.A. The Court having reviewed the record in this matter, it is

21  hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2)

22  submitted by plaintiffs' counsel on May 28, 2021.

23
            Dated this 1st day of June, 2021.
24

25                                    _____
                                      Robert S. Lasnik
26                                    United States District Judge